167 A.3d 645

LINDA M. THURBER, PLAINTIFF–PETITIONER, v. COULTER JAMES THURBER, III, ET AL., DEFENDANTS, AND THEODORE M. COSTA, SENATE TITLE CO., INC., FIRST AMERICAN TITLE INSURANCE COMPANY, BANK OF AMERICA, N.A., ASSIGNEE OF NEW CENTURY MORTGAGE COMPANY AND CITIMORTGAGE, INC., ASSIGNEE OF SELECT MORTGAGE CORPORATION, DEFENDANTS–RESPONDENTS, AND THEODORE M. COSTA AND SENATE TITLE CO., INC., THIRD–PARTY PLAINTIFFS, v. FRANK OLIVO, ESQ., ET AL., THIRD–PARTY DEFENDANTS.

May 5, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004578–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.